USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2023__

**MEMORANDUM ENDORSEMENT**

<u>USA v. Hurlburt</u>

7:94-cr-00866-NSR-1

The Court has reviewed the Defendant's Motion to Seal Document at ECF No. 14 requesting that Defendant's Motion to Expunge at ECF No. 9 be sealed.

After consideration and review of Defendant's Motion to Expunge, the Court GRANTS Defendant's Motion to Seal Document <u>solely</u> with respect to Exhibit A of Defendant's Motion to Expunge.

The Defendant is directed to file a revised draft of the Motion to Expunge with Exhibit A therein redacted.

The Clerk of Court is respectfully directed to seal the motion at ECF No. 9 and terminate the motion at ECF No. 14.

    Dated: August 11, 2023
          White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE