```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2023
```

**MEMORANDUM ENDORSEMENT**

<u>USA v. Hurlburt</u>,

7:94-cr-866-1 (NSR)

  The Court acknowledges David Hurlburt's filing of a redacted Motion to Seal Document at ECF No. 16 pursuant to the Court's order at ECF No. 15.

  In light of that order at ECF No. 15 and the Court's previous order at ECF No. 13, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

DATED: August 18, 2023
    White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE